# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5072**  **September Term, 2024**

1:25-cv-00429-TSC

**Filed On:** July 11, 2025

In re: Elon Musk, in his official capacity, et al.,

　　　　Petitioners


**BEFORE:**　　Millett, Pillard, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the petition for writ of mandamus, the response thereto, and the reply; respondents' June 11, 2025 letter and petitioners' response thereto; and the motion to govern further proceedings, the response thereto, and the reply, it is

**ORDERED** that this case be returned to the court's active docket. It is

**FURTHER ORDERED** that the stay entered on March 26, 2025, be lifted and the mandamus petition be denied. The government petitions for a writ of mandamus quashing the discovery order entered by the district court on March 12, 2025. This court previously stayed the discovery order, but respondents have now asked the district court to vacate that order, and the district court has stated that it would grant the motion to vacate if this court lifts its stay. Petitioners have not shown that issuance of the writ is appropriate under these circumstances. See Cheney v. U.S. Dist. Ct. for D.C., 542 U.S. 367, 381 (2004). Nothing in this order forecloses a future mandamus petition seeking relief from a future discovery order. See In re Flynn, 973 F.3d 74, 82 (D.C. Cir. 2020).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.


**Per Curiam**


　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　Selena R. Gancasz
　　　　　　　　　　　　Deputy Clerk